UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-687 DWF/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. REGINA SISCO, Defendant. | ) | ORDER |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 4 day of January, 2001.

[signature]
UNITED STATES MAGISTRATE JUDGE

FILED JAN 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK