UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-687 DWF/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| REGINA SISCO, a/k/a REGINA HILL, Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 29th day of October, 2002.

J Earl Cudd
UNITED STATES MAGISTRATE JUDGE

FILED 10-29-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK