UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-687 DWF/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ORDER

REGINA M. SISCO, a/k/a
REGINA M. HILL,

Defendant.

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 4th day of January, 2005

s/ J Earl Cudd
UNITED STATES MAGISTRATE JUDGE