A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

MAR 24 10 14 AM '04
RECEIVED U.S. MARSHAL ST PAUL MINN.

UNITED STATES OF AMERICA

V.

Regina M. Sisco a/k/a
Regina M. Hill

## WARRANT FOR ARREST

CASE NUMBER: **CV 00-687 DWF/RLE**

0441-0325-0619-F

US MARSHALS MPLS MN MAR 25 9 51 AM '04 RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Regina M. Sisco a/k/a Regina M. Hill
3940 County Road 47
Grand Rapids MN 55744

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

s/ Victoria Moralez

(By) Victoria Moralez, Deputy Clerk

March 24, 2004 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

Name and Title of Arresting Officer ______________________ Signature of Arresting Officer ______________________

DATE 1-04-05
RETURNED UNEXECUTED per Order Dismissing
U.S. MARSHAL
DISTRICT OF MINNESOTA
M. Lainette

SCANNED MAR 23 2005 U.S. DISTRICT COURT MPLS

DC Modified 02/20/04