UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-687 DWF/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGINA M. SISCO, a/k/a<br>REGINA M. HILL,<br><br>Defendant,<br><br>and<br><br>AUNTIE EM'S COFFEE SHOP,<br><br>Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Regina M. Sisco, a/k/a Regina M. Hill, Social Security Number, XXX-XX-6163, with the last known address of XXXX, Grand Rapids, MN 55744.

The judgment was entered on May 31, 2000, for student loan defaults. The judgment was entered in the amount of $3,166.84, plus interest and costs.

As of April 28, 2006, after applying payments, if any, the balance on this judgment debt was $3,822.91 in principal, interest and costs. Interest on the principal balance is accruing from April 28, 2006, at a rate of 6.197% per annum.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

SCANNED
SEP 08 2006
U.S. DISTRICT COURT MPLS

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Auntie Em's Coffee Shop, 10 Northwest 5th Street, Grand Rapids, MN 55744

Dated: May 1, 2006

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600