PAYMENT HISTORY REPORT

FOR: 2000Z00264/001

DEBTOR: Sisco (Hill), Regina M.
COURT NUMBER: 00-687 DWF/RLE

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | WA | 13-APR-2001 | OT/G | kootasca/sisco-hill | MN /1/230 | 042804 | | | $2.20 | 13-APR-2001 |
| 0006 | PMNT | WA | 30-APR-2001 | OT/G | kootasca/hill sisco | MN /1/241 | 042881 | | | $65.00 | 30-APR-2001 |
| 0011 | PMNT | WA | 06-JAN-2003 | CH/Y | Hill | MN /3/065 | 8799196411 | | | $75.00 | 06-JAN-2003 |
| 0014 | PMNT | WA | 25-FEB-2003 | OT/B | old | | KEYD-03-56 | | | $75.00 | 24-MAR-2003 |
| 0016 | PMNT | WA | 21-APR-2003 | OT/J | TOPS | | 200315 | | | $626.80 | 21-APR-2003 |
| 0022 | PMNT | T | 08-SEP-2003 | GR/G | bank | MN /3/231 | 63712 | | | $17.36 | 08-SEP-2003 |
| 0028 | PMNT | T | 31-JAN-2006 | DD/B | Regina | | KEYD06031 | | | $50.00 | 07-FEB-2006 |
| 0032 | PMNT | T | 13-SEP-2006 | GR/G | Auntie Em's | MN /07/011 | 2277 | | | $102.63 | 16-OCT-2006 |
| 0034 | PMNT | T | 05-OCT-2006 | GR/G | Auntie Em's | MN /07/011 | 2284 | | | $102.63 | 16-OCT-2006 |
| 0036 | PMNT | T | 12-OCT-2006 | GR/G | Auntie Em's | MN /07/011 | 2306 | | | $102.63 | 16-OCT-2006 |
| 0038 | PMNT | T | 17-OCT-2006 | GR/G | First National Bank | MN /07/012 | 123616 | | | $77.97 | 17-OCT-2006 |
| 0039 | PMNT | T | 14-NOV-2006 | GR/G | Auntie Em's | MN /07/030 | 2351 | | | $102.63 | 14-NOV-2006 |
| 0040 | PMNT | T | 13-NOV-2006 | TV/B | | | TOP | 000892267 | | $197.00 | 20-NOV-2006 |
| 0042 | PMNT | T | 27-NOV-2006 | TV/B | | | TOP | 000897005 | | $94.98 | 04-DEC-2006 |
| 0043 | PMNT | T | 27-NOV-2006 | TV/B | | | TOP | 000897004 | | $122.37 | 04-DEC-2006 |
| 0043 | PMNT | WA | 27-NOV-2006 | TV/B | | | TOP | 000897004 | | $69.65 | 04-DEC-2006 |
| 0044 | PMNT | WA | 04-DEC-2006 | TV/B | | | TOP | 000899105 | | $536.00 | 11-DEC-2006 |
| 0045 | PMNT | WA | 13-DEC-2006 | GR/G | AUNTIE EM'S | MN /07/047 | 2375 | | | $59.41 | 13-DEC-2006 |
| 0046 | PMNT | WA | 13-DEC-2006 | GR/G | AUNTIE EM'S | MN /07/047 | 2376 | | | $41.21 | 13-DEC-2006 |
| 0047 | PMNT | WA | 26-FEB-2007 | GR/G | Auntie Em's | MN /07/088 | 2464 | | | $159.82 | 26-FEB-2007 |
| 0048 | PMNT | WA | 12-MAR-2007 | GR/G | Auntie Em's | MN /07/097 | 2422 | | | $80.38 | 12-MAR-2007 |
| 0049 | PMNT | WA | 10-APR-2007 | GR/G | Auntie Em's | MN /07/114 | 2507 | | | $51.47 | 10-APR-2007 |
| 0050 | PMNT | WA | 07-MAY-2007 | TV/B | | | TOP | 000999911 | | $278.00 | 08-MAY-2007 |
| 0052 | PMNT | WA | 03-AUG-2007 | GR/G | AUNTIE EM'S | MN /07/175 | 2592 | | | $51.47 | 03-AUG-2007 |