CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>REGINA SISCO, a/k/a<br>REGINA HILL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 00-687 DWF/RLE |

I hereby certify that on _August 9, 2007___, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Auntie Em's
Attn: Ms. Crowe
10 N.W. 5th Street, #4
Grand Rapids, MN 55744

Regina Hill
XXXX
Grand Rapids, MN 55744

_s/ Jessica Scott____________